THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE: §
§
CURTIS DEWAYNE BROWN § CASE NO. 06-40145-R
XXX-XX-5655 §
8399 BISCAYNE STREET § CHAPTER 13
FRISCO, TX 75035 §
§
JACQUELINE BROWN §
XXX-XX-0258 §
§
DEBTORS §

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF
THE UNITED STATES BANKRUPTCY COURT**

The Notice of Janna L. Countryman, Trustee herein, respectfully would show:

1. That she is the duly qualified and acting Trustee in this case.

2. The Trustee has made distributions of the funds of this estate in accordance with the confirmed Chapter 13 Plan and/or the Bankruptcy Code. Some of the distribution checks have not been negotiated.

3. An amount has been reserved for the following creditor to whom previous checks were submitted without negotiation:

   | Creditor | Reserve Amount |
   |---|---|
   | CALIFORNIA FRANCHISE TAX BOARD | $3,798.53 |

4. A turnover check payable to the Clerk of the United States Bankruptcy Court for $3,798.53 is attached to this Notice.

Dated: 5/18/11

Janna L. Countryman, TBN 04888050
Greg R. Arnove, TBN 00783562
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

PLA_Notice_DepositFunds

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

CURTIS DEWAYNE BROWN
JACQUELINE BROWN
8399 BISCAYNE STREET
FRISCO, TX 75035

LEINART LAW FIRM
11520 N. CENTRAL EXPRESSWAY
SUITE 212
DALLAS, TX 75243-6608

CALIFORNIA FRANCHISE TAX BOARD
P. O. BOX 2952
SACRAMENTO, CA 95812-2952

Dated: 5/18/11

Office of the Standing Chapter 13 Trustee